[Cite as *State v. Sexton*, 2024-Ohio-5652.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## PORTAGE COUNTY

| | |
|---|---|
| STATE OF OHIO,<br>CITY OF KENT,<br><br>                Plaintiff-Appellee,<br><br>- vs -<br><br>LARRY SEXTON, JR.,<br><br>                Defendant-Appellant. | CASE NO. 2024-P-0034<br><br><br>Criminal Appeal from the<br>Municipal Court, Kent Division<br><br><br>Trial Court No. 2023 CRB 01167 K |

**M E M O R A N D U M**
**O P I N I O N**

Decided: December 2, 2024
Judgment: Appeal dismissed

*Victor V. Vigluicci*, Portage County Prosecutor, 241 South Chestnut Street, Ravenna, OH 44266 (For Plaintiff-Appellee).

*Eric M. Levy*, 55 Public Square, Suite 1600, Cleveland, OH 44113 (For Defendant-Appellant).

EUGENE A. LUCCI, P.J.

{¶1} On May 29, 2024, appellant, Larry Sexton, Jr., filed a notice of appeal from the trial court's May 10, 2024 entry. On September 27, 2024, appellant filed a motion requesting limited remand if the court finds that the May 10, 2024 entry is not a final appealable order. Appellee, the State of Ohio, filed a motion to dismiss for lack of jurisdiction on October 17, 2024.

{¶2} Appellate courts have jurisdiction over final orders or judgments of lower courts within their appellate districts. Section 3(B)(2), Article IV, Ohio Constitution. A

judgment entry that orders restitution but does not indicate an amount is interlocutory, and not a final appealable order. *In re Zakov*, 107 Ohio App.3d 716, 718 (11th Dist. 1995). If a lower court's judgment is not final, then an appellate court has no jurisdiction, and the matter must be dismissed. *Gen. Acc. Ins. Co. v. Ins. of N. Am.*, 44 Ohio St.3d 17, 20 (1989).

{¶3}　　In the appealed entry, a sentence was imposed on appellant after being found guilty of assault. The entry further indicates a "Restitution Hearing to be Set." No amount of restitution was determined or imposed in the May 10, 2024 entry. A sentencing entry that contemplates further action by setting a restitution hearing for a later date is not a final and appealable order. *State v. Bechtel*, 2020-Ohio-4889, ¶ 25 (11th Dist.).

{¶4}　　As to the request for remand, because there is no final appealable order, this court lacks jurisdiction to remand the matter, and the appeal must be dismissed. *Lambert v. Global Int'l Servs.*, 2023-Ohio-350, ¶ 9 (11th Dist.).

{¶5}　　Accordingly, the appeal is hereby dismissed for lack of a final appealable order.

MATT LYNCH, J.,

JOHN J. EKLUND, J.,

concur.

2

Case No. 2024-P-0034